1
2
3
4
5

Amanda Beane (CA SBN 310185)
Law Office of Amanda Beane, P.C.
7724 35th Ave NE, P.O. Box 15526
Seattle, WA 98115
206-531-0224
amanda@amandabeanelaw.com

6
7
8
9
10
11

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

12
13
14
15
16
17
18
19

COSTCO WHOLESALE
CORPORATION,

Plaintiff,

     vs.

SOUTHLAND ENVELOPE, LLC, and
MARKETING.COM, LLC,

Defendants.

Case No.: **'25 CV1720 RBM BLM**

**COMPLAINT**

20
21
22

COMES NOW plaintiff Costco Wholesale Corporation (Costco), by and

through its attorney of record and complains and alleges as follows:

23

## **INTRODUCTION**

24
25
26

1.    After Costco purchased property in Lakeside, California from

defendant Southland Envelope, LLC, fka as Southland Envelope Company,

COMPLAINT -1

Incorporated (Southland) in early 2022, Costco leased back the property to Southland for two years.

2.    But Southland failed to vacate at the end of the term, and then, when the parties negotiated a short extension of the lease, Southland failed to pay for the final months of rent.

3.    Southland also failed to pay for property taxes for 2023-2024, the replacement of an HVAC system, and a water bill, which were all Southland's responsibilities under the lease.

4.    Meanwhile, before or during the term of the original lease, defendant Marketing.com, LLC (Marketing.com) acquired Southland, eventually converting it to an LLC and becoming its sole manager and/or member.

5.    Marketing.com folded Southland into its marketing logistics company as part of a generic "envelope" division, and, on information and belief, a Marketing.com employee manages the envelope division. Employees with Marketing.com email addresses communicated with Costco about the overdue amounts. As elaborated below, on information and belief, Marketing.com is responsible for Southland's debt under alter ego liability.

COMPLAINT -2

Law Office of Amanda Beane, P.C.
7724 35th Ave NE, P.O. Box 15526
Seattle, WA 98115
206-531-0224

6.      The total amount currently due to Costco is $663.919.25, not including late charges, interest, and attorneys' fees and costs. Despite repeated attempts by Costco to collect the amounts due and owing, Defendants have failed to pay.

## PARTIES

7.      Costco is a Washington corporation with its principal place of business in Issaquah, Washington.

8.      Defendant Southland is a California limited liability corporation with its principal place of business located in San Diego, California. Southland was formerly known as Southland Envelope Company, Incorporated but, on information and belief, it converted to an LLC with the California Secretary of State in March 2023 after being purchased by Marketing.com.

9.      Defendant Marketing.com is a Missouri limited liability corporation registered in Missouri, with a principal place of business in Eureka, Missouri. On information and belief, Marketing.com is Southland's sole manager and/or member.

## JURISDICTION AND VENUE

10.     All parties regularly conduct business in California, and, specifically, in San Diego County.

COMPLAINT -3

Law Office of Amanda Beane, P.C.
7724 35th Ave NE, P.O. Box 15526
Seattle, WA 98115
206-531-0224

11.     The contract that is the subject of this dispute involves real property located in San Diego County, California.

12.     The dispute involves more than $75,000 in damages.

13.     Jurisdiction is proper under 28 U.S.C. § 1332(a).

14.     Venue is proper under 28 U.S.C. § 1391(b).

## FACTUAL BACKGROUND

15.     Costco is a membership warehouse club with over 800 retail locations worldwide. Costco focuses on offering quality brand-name merchandise at the best possible prices. Costco provides a wide selection of merchandise, including groceries, electronics, appliances, furniture, clothing, and other items.

16.     On information and belief, Southland is an envelope design, printing, manufacturing, and logistics company.

### The Lease Agreement

17.     On February 24, 2022, Costco entered into a Property Purchase Agreement ("PPA") with Southland for property located at 10111 Riverford Road, Lakeside, San Diego County, California ("Property").

18.     In connection with the PPA, Costco agreed to lease back the Property to Southland.

COMPLAINT -4

Law Office of Amanda Beane, P.C.
7724 35th Ave NE, P.O. Box 15526
Seattle, WA 98115
206-531-0224

19.     Accordingly, on May 6, 2022, Costco entered into a Standard Industrial Real Estate Lease ("Lease") with Southland Envelope Company, Inc. to commence once the PPA closed and to last for a two-year term, ending May 5, 2024.

20.     The monthly payments for the base rent in the first year were set at $101,171.25 and for the second year at $104,206.39.

21.     Southland was also responsible for real property taxes, personal property taxes, and utilities under the Lease, as well as keeping the Property in good order and repair, and remediating the Property to the extent reasonably necessary to allow full economic use of the Property or meet other environmental standards.

22.     The Lease allowed for late charges equal to four percent of the overdue amount once rent payment was more than ten days past due, and for interest at ten percent per annum for any amount not paid when due.

23.     The Lease required that Tenant remove Hazardous Materials (as defined by the Lease) and decommission any equipment that used hazardous materials before the expiration or termination of the Lease.

COMPLAINT -5

Law Office of Amanda Beane, P.C.
7724 35th Ave NE, P.O. Box 15526
Seattle, WA 98115
206-531-0224

24.    Under the Lease, either party in default under the Lease was required to reimburse the non-defaulting party for costs or expenses incurred in connection with the default or breach, including attorneys' fees and costs.

25.    Southland did not vacate as required upon May 5, 2024, when the Lease expired. This was despite a letter sent by Costco on April 15, 2024, reminding Southland of the expiration of the lease and of its obligation to surrender the Property and also indicating that while it understood Southland had expressed a desire to extend the Lease Term, Costco had not received any formal request from Southland.

26.    Ultimately, to address the reality of Southland's holdover, Costco and Southland entered the First Amendment to the Lease on June 20, 2024, with a new surrender date of August 23, 2024.

27.    In the First Amended Lease, Southland Envelope, LLC acknowledged it was the successor in interest to Southland Envelope Company, Incorporated.

28.    The monthly base rent for the period of May 6, 2024 to August 23, 2024 was set at 150% of the immediately prior base rent of $104,206.39.

29.    Other than explicitly amended in the First Amended Lease, the Lease was fully ratified and confirmed.

COMPLAINT -6

Law Office of Amanda Beane, P.C.
7724 35th Ave NE, P.O. Box 15526
Seattle, WA 98115
206-531-0224

**Southland's Breach**

30.    On July 1, 2024, Costco provided an invoice to its contact at Southland for the May through July rent, totaling $443,727.55.

31.    On August 12, 2024, Costco notified Southland it had received the payment for May rent, and that it would send a new invoice for June, July, and prorated August rent. An invoice for $428,590.81 was accordingly sent on August 13, 2024.

32.    On September 11, 2024, Costco asked Southland for an update on payment. Costco followed up on September 17, 2024, and included an HVAC receipt for $47,819, pursuant to Southland's obligations to keep the property in good repair and/or remediate the Property for economic use.

33.    On September 19, 2024, Costco confirmed they received the June payment.

34.    On October 8, 2024, Costco emailed Southland that $320,100.22 was still due in remaining lease payments and HVAC replacement.

35.    On December 2, 2024, Costco emailed Southland to follow up on payment and to note that a lien had been filed by Padre Dam for an overdue water bill in the amount of $9,076.74.

COMPLAINT -7

Law Office of Amanda Beane, P.C.
7724 35th Ave NE, P.O. Box 15526
Seattle, WA 98115
206-531-0224

36.    Costco followed up again on January 17, 2025, and provided an invoice for the 2023-2024 property taxes of $334,742.29, for which Southland was responsible. This amount represented $290,552.18 for the period of July 1, 2023 to June 30, 2024, and $44,190.11 for July 1, 2024 to August 23, 2024. Southland has never disputed these amounts with Costco.

37.    Shortly thereafter, the Southland representative Costco was communicating with left the company.  In an email, he stated that he resigned his position with "Marketing.com/Southland", as if there was no distinction between the two companies. He indicated that he forwarded all emails with Costco to Marketing.com employees.

38.    In a text exchange, the same representative shared that he was "not happy at all about the situation concerning Costco. The check I had ready to send was cancelled. Not my decision."

39.    Since January 2025, Costco has made numerous attempts to collect the debt from Southland and/or Marketing.com, including emails sent to employees of Marketing.com. Such employes have continued to engage in delay and subterfuge including by, for example, not responding at all, or responding months later and feigning engagement by asking for an updated statement or

COMPLAINT -8

invoice from Costco when one has been repeatedly provided. However, they have not disputed the amounts due.

40.     The amounts due under the Lease and the First Amendment to the Lease include the rent for July and August 2024, real property taxes for 2023-2024, the cost of the HVAC replacement, and the Padre Dam water bill, for a total of $663,919.25.

## Marketing.com's Involvement

41.     In 2022 or 2023, Marketing.com acquired Southland.

42.     On or about May 1, 2023, Marketing.com's founder, JAL Equity, announced the launch of Marketing.com as a company that brings together various marketing solutions, including Southland.

43.     Southland converted to an LLC with the California Secretary of State on or about March 29, 2023. A Statement of Information filed with the California Secretary of State on November 22, 2024 identifies Marketing.com as Southland's only manager and/or member.

44.     A November 4, 2024 press release by Marketing.com announced the launch of Marketing.com's "Envelope Division."

COMPLAINT -9

Law Office of Amanda Beane, P.C.
7724 35th Ave NE, P.O. Box 15526
Seattle, WA 98115
206-531-0224

45.     As of the date of the Complaint, the "Envelope" page on Marketing.com does not mention Southland specifically, but rather suggests that Marketing.com offers envelope solutions to its customers.

46.     Communications with Costco about the amounts due under the Lease and the First Amendment to the Lease have been with employees of Marketing.com and/or Southland employees who have email addresses ending in "Marketing.com". Costco's communications with employees with Marketing.com emails about the Lease and amounts due date back to at least May 2024.

47.     On information and belief, Marketing.com is Southland's sole owner, they have shared leadership, and Marketing.com has not adequately capitalized Southland. One of Southland's employees who resigned in January 2025 referenced his resignation from "Marketing.com/Southland". He also stated that Eric Brown was overseeing operations at Southland. On information and belief, Mr. Brown is an employee of Marketing.com with the title of "Regional Vice President of Operation & Manufacturing Finance." Southland is a mere shell or instrumentality for Marketing.com.

48.     Accordingly, under the theory of alter ego liability, Marketing.com is jointly and severally liable for the amounts due and owing to Costco.

COMPLAINT -10

Law Office of Amanda Beane, P.C.
7724 35th Ave NE, P.O. Box 15526
Seattle, WA 98115
206-531-0224

## COUNT ONE
### Breach of Contract
### (Against All Defendants)

49.    Costco re-alleges and incorporates by reference the foregoing paragraphs.

50.    Pursuant to the Lease and the First Amendment to the Lease, Southland was required to pay rent, property taxes, utilities, late charges, interest, and attorneys' fees and costs associated with enforcement of its breach.

51.    In addition, Southland was required to keep the property in good repair and pay any costs associated with remediating the Property for economic use or to address certain environmental standards.

52.    Despite Costco's repeated demands, Defendants have failed to pay these amounts.

53.    As a result of Defendant's breach, Costco has been damaged in amount to be determined at trial.

54.    Marketing.com is responsible for the amounts due and owing as the alter ego of Southland.

COMPLAINT -11

Law Office of Amanda Beane, P.C.
7724 35th Ave NE, P.O. Box 15526
Seattle, WA 98115
206-531-0224

## COUNT TWO
### Breach of implied duty of good faith
### (Against All Defendants)

55.    Costco re-alleges and incorporates by reference the foregoing paragraphs.

56.    Defendants' repeated and knowing efforts to avoid its contractual obligations, including by delay and subterfuge, violates their implied duty of good faith and fair dealing.

57.    As a result, Costco has been damaged in an amount to be proven at trial.

58.    Marketing.com is responsible for the amounts due and owing as the alter ego of Southland.

## PRAYER FOR RELIEF

WHEREFORE Costco prays for the following relief:

A. Judgment against Defendants in an amount to be proven at trial;

B. Judgement against Defendants for all pre-and post-judgment interest allowed by law;

COMPLAINT -12

Law Office of Amanda Beane, P.C.
7724 35th Ave NE, P.O. Box 15526
Seattle, WA 98115
206-531-0224

C. Judgment against Defendants for all attorneys' fees and costs allowed by

law; and

D. Such other relief as the Court deems just and equitable.

Dated this 2nd day of July, 2025.

Respectfully submitted,

By:_/s/*Amanda Beane*_____
Amanda Beane, Bar No. 310185
LAW OFFICE OF AMANDA BEANE, P.C.
7724 35th Ave NE, P.O. Box 15526
Seattle, WA 98115
amanda@amandabeanelaw.com
(206) 531-0224
*Attorney for Plaintiff*

COMPLAINT -13