MILLER NASH LLP
Bernie Kornberg, SB No. 252006
*Bernie.Kornberg@millernash.com*
340 Golden Shore, Suite 450
Long Beach, CA 90802
Telephone: 562.435.8002
Facsimile: 562.435.7967

Attorneys for Judgment Creditor
Costco Wholesale Corporation

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COSTCO WHOLESALE CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>SOUTHLAND ENVELOPE, LLC, and MARKETING.COM, LLC,<br><br>Defendants. | Case No. 3:25-cv-1720-RBM-BLM<br><br>**NOTICE OF APPEARANCE** |

Please take notice that Bernie Kornberg of Miller Nash LLP hereby appears in this action on behalf of Judgment Creditor, COSTCO WHOLESALE CORPORATION.

Dated: October 29, 2026

MILLER NASH LLP

By: */s/ Bernie Kornberg*

Attorneys for Judgment Creditor,
COSTCO WHOLESALE CORPORATION

# PROOF OF SERVICE

I, Bernie Kornberg, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 340 Golden Shore, Suite 450, Long Beach, California 90802.

On October 29, 2026, I electronically filed the attached document: **NOTICE OF APPEARANCE,** with the Clerk of the court using the CM/ECF system which will then send a notification to each registered user in the case.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on October 29, 2026, at Long Beach, CA.

*/s/ Bernie Kornberg*
Bernie Kornberg